UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DEANDREA SALVADOR<br><br>*Plaintiff,*<br><br>v.<br><br>OMNICOM GROUP, INC., et als.<br><br>*Defendants*. | Case No. 3:25-cv-628<br><br>**CROSS-MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND FOR LIMITED JURISDICTIONAL DISCOVERY** |

Plaintiff, North Carolina State Senator DeAndrea Salvador ("Plaintiff"), by and through undersigned counsel, respectfully move the Court, under Federal Rule of Civil Procedure 26, to grant leave to take limited early jurisdictional discovery on the issues raised in Defendants', Omnicom Group, Inc., Whirlpool Corporation, DDB Worldwide Communications Group LLC, DM9 Comunicacao Ltd., and Whirlpool do Brasil, Ltda.'s (collectively "Defendants") Motion to Dismiss the Complaint and Brief in Support thereof. Specifically, Plaintiff requests leave to amend the Complaint and a one-hundred twenty (120) day discovery period to: (i) serve up to six (6) interrogatories and ten (10) requests for production on each Defendant; (ii) serve up to six (6) interrogatories and ten (10) requests for production, including by way of subpoena if a non-party is identified as a likely alternative Defendant as appears appropriate based on the foregoing discovery, including but not limited to, WHIRLPOOL SA; (iii) serve up to six (6) interrogatories and ten (10) requests for production, including by way of subpoena on non-party Cannes Lions International Festival of Creativity ("Cannes Lions"); (iv) take up to four depositions (including two Rule (30(b)(6) depositions), all limited to the issues raised in the Defendants' Motion to Dismiss the Complaint; and (v) ordering all parties to cooperate implementing the foregoing to the

extent subsidiary or affiliate entities are necessary sources of information or documents. In support thereof, along with the brief filed concurrently herewith, Plaintiff states the following:

1. Plaintiff has made an adequate jurisdictional showing to warrant further discovery on the disputes.

2. Each of Plaintiff's claims has been pleaded with supportive facts to an adequate extent, such that they are non-frivolous and plausible.

THIS the 19th day of December, 2025

**THE MCHATTIE LAW FIRM, LLC**
/s/ Christopher J. McHattie
Christopher J. McHattie, Esq. (Bar
No. 035251987) Michael V. Gattoni,
Esq.
(Bar No. 238152018)
550 West Main Street
Boonton, New Jersey 07005
Telephone:  973-402-5505
Facsimile:  973-400-4110
Attorneys for Plaintiff


**TLG LAW**
/s/ Alec S. Jalovec
Alec S. Jalovec (NC Bar #50793)
David G. Redding (NC Bar #24476)
2907 Providence Road, Suite 303
Charlotte, North Carolina 28211  Tel. & Fax:
704-900-2215  ajalovec@tlg-law.com
dredding@tlg-law.com
*Attorneys for Plaintiff*