**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No.: 3:25-cv-00628**

| | |
|---|---|
| DEANDREA SALVADOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **CONSENT MOTION TO CONTINUE** |
| | ) **STATUS CONFERENCE AND MOTION** |
| | ) **HEARING** |
| OMNICOM GROUP INC., et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOW COMES** Plaintiff Deandrea Salvador ("Plaintiff") by and through counsel, respectfully moves the Court to continue the Status Conference and Motion Hearing set by the Court for April 22, 2026, at 10:00am.

In support of this Motion, Plaintiff show the following:

1.      The Court provided Notice of the Motion Hearing and Status Conference in the afternoon of April 7, 2026 (the "Hearing").

2.      Counsel for Plaintiff, Christopher J. McHattie ("Mr. McHattie"), has a conflict which precludes him from attending or otherwise participating in the Hearing as scheduled.  In particular, a member of Mr. McHattie's household recently underwent serious surgery. At this time, Mr. McHattie and said individual are currently awaiting further test results and scheduling appointments as soon as practicable.

3.      Mr. McHattie is the attorney most familiar with the factual allegations contained in Plaintiff's Complaint, and Plaintiff believes Mr. McHattie is the best person to represent her interests at the Hearing.

4.      Defendants' counsel consents to the relief requested in this Motion.

5. Plaintiff and Plaintiff's counsel are acting in good faith and diligence in filing this Motion.

6. Counsel for Plaintiff and Mr. McHattie are willing to provide any additional information to the Court upon request.

**WHEREFORE**, Plaintiff respectfully request that the Court enter an Order:

a. Continuing the Hearing set for April 22, 2026, to a later date and time such that Mr. McHattie will be available to appear, and

b. For such other and further relief as the Court deems proper.


Respectfully submitted this 14th day of April, 2026.

/s/ Alec S. Jalovec
Alec S. Jalovec (NC Bar #50793)
David G. Redding (NC Bar #24476)
**TLG Law**
2907 Providence Road, Suite 303
Charlotte, North Carolina 28211
Tel. & Fax: (704) 900-2215
Email: ajalovec@tlg-law.com
            dredding@tlg-law.com

/s/ Christopher J. McHattie
Christopher J. McHattie
(admitted *pro hac vice*)
Michael V. Gattoni
(admitted *pro hac vice*)
**The McHattie Law Firm, LLC**
550 West Main Street
Boonton, New Jersey 07005
cmchattie@mchattielaw.com
mgattoni@mchattielaw.com


*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

This is to certify that on April 14, 2026, the undersigned filed the foregoing using the

Court's CM/ECF system which will send a notification of such filing to all counsel of record.

/s/ Alec S. Jalovec
*Attorney for Plaintiff*

3