IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-cv-00628-KDB-WCM

DEANDREA SALVADOR, )
)
Plaintiff, )
)
v. )
) ORDER
OMNICOM GROUP, INC.; )
WHIRLPOOL CORPORATION; )
DDB WORLDWIDE )
COMMUNICATIONS GROUP, LLC; )
DM9DDB; )
WHIRLPOOL DO BRASIL LTDA.; )
ABC ENTITIES 1-10, )
)
Defendants. )
_____ )

This matter is before the Court on Plaintiff's Cross-Motion for Leave to File Amended Complaint and for Limited Jurisdictional Discovery (the "Motion," Doc. 34).

A hearing on the Motion, as well as a status conference, was conducted on May 6, 2026. Following those proceedings, the undersigned issued an oral ruling on the Motion, which is memorialized by this order.

1

Case 3:25-cv-00628-KDB-WCM    Document 42    Filed 05/07/26    Page 1 of 3

Having considered the arguments of counsel as presented in their briefing and during the May 6, 2026 hearing, the Motion (Doc. 34) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's request for leave to file an amended complaint is **DENIED WITHOUT PREJUDICE** as premature.

2. Plaintiff's request to conduct jurisdictional discovery is **GRANTED IN PART**, and Plaintiff is **GRANTED LEAVE** to conduct jurisdictional discovery pursuant to the following limitations and deadlines:

   a. On or before May 20, 2026, Plaintiff may propound up to five single-part interrogatories and up to five requests for production (the "Written Discovery") to each Defendant that has appeared in this matter.

   b. On or before July 17, 2026, Defendants shall respond to the Written Discovery.

   c. On or before August 14, 2026, Plaintiff may conduct a deposition of each Defendant, with each deposition being limited to four hours on the record.

   d. On or before August 28, 2026, Plaintiff may file a renewed motion to amend.

3. This order does not authorize Plaintiff to seek jurisdictional discovery from any non-party, including any potential defendant or third party (including but not limited to the Cannes Lion International Festival of Creativity), and does not authorize Plaintiff to engage in merits-based discovery.

It is so ordered.

Signed: May 6, 2026

W. Carleton Metcalf
United States Magistrate Judge

3