DEANDREA SALVADOR,

    *Plaintiff,*

v.

OMNICOM GROUP, INC., et al,

    *Defendants*.

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' DISCOVERY RESPONSES**

Plaintiff DeAndrea Salvador ("Plaintiff"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 37(a)(3)(B), respectfully moves this Court to compel Defendants Omnicom Group Inc., Whirlpool Corporation, DDB Worldwide Communications Group LLC, DM9 Comunicacao Ltda, and Whirlpool Do Brasil Ltda (collectively "Defendants"), to respond to Plaintiff's Request for Production of Documents and to provide full and complete responses to Plaintiff's Interrogatories. In addition, Plaintiff moves, pursuant to Federal Rule of Civil Procedure 37(a)(5), for an award of her expenses, including attorney's fees, incurred in making this motion. In support of this motion, Plaintiff relies on her Memorandum of Law and exhibits filed contemporaneously with this motion.

Pursuant to Local Rule 7.1(b), Plaintiff certifies that she conferred in good faith with Defendants in an attempt to resolve the dispute, and discovery requests remain unanswered or inadequately answered. Considering the Court's May 6, 2026, Order (Doc. No. 42), setting

deadlines for jurisdictional discovery, Plaintiff needs the responsive information before scheduling depositions in this matter. Plaintiff brings this Motion now, in advance of the July 17, 2026 response deadline, to preserve her right to obtain full and complete discovery responses in time to conduct depositions by the Court-ordered deadline of August 14, 2026, rather than waiting until the response deadline has passed to seek relief. Plaintiff respectfully submits that Court intervention is necessary to resolve the dispute.

Respectfully submitted this the 6th day of July, 2026

**THE MCHATTIE LAW FIRM, LLC**

/s/ Michael V. Gattoni
Christopher J. McHattie, Esq.
(Bar No. 035251987)
Michael V. Gattoni, Esq.
(Bar No. 238152018)
550 West Main Street
Boonton, New Jersey 07005
Telephone:  973-402-5505
Facsimile:  973-400-4110
*Attorneys for Plaintiff (Admitted Pro Hac Vice)*

**TLG LAW**

/s/ Alec S. Jalovec
Alec S. Jalovec (NC Bar #50793)
David G. Redding (NC Bar #24476)
2907 Providence Road, Suite 303
Charlotte, North Carolina 28211
Tel. & Fax: 704-900-2215
ajalovec@tlg-law.com
dredding@tlg-law.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on July 6th, 2026, the undersigned filed the foregoing using the Court's CM/ECF system which will send a notification of such filing to all counsel of record.

/s/ Alec S. Jalovec
*Attorney for Plaintiff*