**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| DEANDREA SALVADOR,<br><br>Plaintiff,<br><br>v.<br><br>OMNICOM GROUP INC., et al,<br><br>Defendants. | Case No. 3:25-cv-628<br><br>**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants Omnicom Group Inc., DDB Worldwide Communications Group LLC, Whirlpool Corporation, DM9 Comunicacao Ltda, and Whirlpool Do Brasil Ltda. hereby move the Court under Federal Rule of Civil Procedure 26 for a Protective Order quashing Plaintiff's deposition notices. The deposition notices should be quashed because (a) the individual identified in the Rule 30(b)(1) notice to Whirlpool Corporation is not an officer, director, or managing agent of Whirlpool Corporation; and (b) the Rule 30(b)(6) notices to Omnicom, DDB, and Whirlpool Do Brasil are unduly burdensome and oppressive, flagrantly violate the Court's jurisdictional discovery order, and seek information that is not relevant to jurisdictional discovery or otherwise proportional to the needs of the case. The grounds for the motion are more fully set forth in Defendants' accompanying memorandum of law.

Counsel certifies that, in accordance with Local Civil Rule 7.1, the parties conferred in good faith to resolve the matters raised in this Motion without court intervention but were unable to reach agreement.

Dated: August 14, 2026

Respectfully submitted,


s/ Guy Cohen
Guy Cohen (admitted *pro hac vice*)
Jacklyn M. Siegel (admitted *pro hac vice*)
Charlotte McCary (admitted *pro hac vice*)
**DAVIS & GILBERT LLP**
1675 Broadway
New York, NY 10019
(212) 468-4800
gcohen@dglaw.com
jsiegel@dglaw.com
cmccary@dglaw.com

s/ Kyle R. Hair
Kyle R. Hair
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1167
Kyle.Hair@alston.com

*Attorneys for Defendants Omnicom Group Inc., Whirlpool Corporation, DDB Worldwide Communications Group LLC, DM9 Comunicacao Ltda, Whirlpool Do Brasil Ltda*

**CROWELL & MORING LLP**
Andrew J. Avsec (admitted *pro hac vice*)
300 N. LaSalle Drive, Suite 2500
Chicago, IL 60654
(312) 840-3260
aavsec@crowell.com

*Attorneys for Defendants Whirlpool Corporation and Whirlpool Do Brasil Ltda*

## CERTIFICATION OF SERVICE

I hereby certify that a copy of Defendants' foregoing Motion for Protective Order was filed electronically. Notice of this filing will be sent by email to counsel for Plaintiff by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Kyle R. Hair*
Kyle R. Hair