IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-cv-00628-KDB-WCM

| | | |
|---|---|---|
| DEANDREA SALVADOR,<br><br>Plaintiff,<br><br>v.<br><br>OMNICOM GROUP, INC.; WHIRLPOOL CORPORATION; DDB WORLDWIDE COMMUNICATIONS GROUP, LLC; DM9DDB; WHIRLPOOL DO BRASIL LTDA.; ABC ENTITIES 1-10,<br><br>Defendants. | ) | ORDER |

This matter is before the Court on Plaintiff's Motion to Compel Defendants' Discovery Responses (the "Motion to Compel," Doc. 44) and a Motion for Protective Order filed by Defendants Omnicom Group Inc., DDB Worldwide Communications Group LLC, Whirlpool Corporation, DM9 Comunicacao Ltda, and Whirlpool Do Brasil Ltda (the "Motion for Protective Order," Doc. 49).

A hearing on both motions was conducted on October 5, 2026. At the conclusion of the hearing, the Court made oral rulings, which are memorialized and supplemented by this order.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's discovery requests (see Doc. 44-2) and Plaintiff's pending Notices of Deposition (Docs. 49-3, 49-5, 49-6, 49-7) are **STRICKEN**.
2. The Motion to Compel (Doc. 44) and the Motion for Protective Order (Doc. 49) are **DENIED AS MOOT**, and the parties' requests for awards of their expenses in relation to the motions are **DENIED**.
3. Plaintiff is **GRANTED LEAVE** to conduct proportional jurisdictional discovery pursuant to the following limitations and deadlines:
    a. On or before **October 13, 2026**, Plaintiff may propound up to five single-part interrogatories and up to five requests for production (the "Written Discovery") to each Defendant that has appeared in this matter.
    b. On or before **November 13, 2026**, Defendants shall respond to the Written Discovery.
    c. On or before **December 23, 2026**, Plaintiff may conduct a deposition of each Defendant pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, with each deposition being limited to four hours on the record.
    d. On or before **January 15, 2027**, Plaintiff may file a renewed motion to amend.

4. An in-person status conference is **SET** for **November 20, 2026**.

    a. The parties may file a joint request to cancel the status conference if there are no disputes concerning Plaintiff's Written Discovery or Defendants' responses.

    b. If such disputes do exist, the parties may file, on or before **November 18, 2026**, a joint memorandum of no more than five (5) pages in length, outlining any disagreements regarding the jurisdictional discovery allowed by this order that the parties wish to address during the conference.

    c. No party may file a contested discovery motion prior to the November 20, 2026 status conference.

Signed: October 5, 2026

W. Carleton Metcalf
United States Magistrate Judge